No. 98–8755. SAVAGE-EL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–8761. LOOKER, AKA RAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8763. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8765. WEYMOUTH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8766. CARROLL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8768. BULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8771. HEATH *v.* UNITED STATES; and
No. 98–8839. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 154 F. 3d 1245.

No. 98–8775. SPEARMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8776. BOB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8778. HARPINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8779. ZAMBRANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8780. WICKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8784. BELL *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8792. WALLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8796. BETANCOURT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8801. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.